# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| DERRICK DEON DOYLE, ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> WARDEN HARRISON, ) <br> Respondent. ) | Case No. 2:25-cv-03026-SHL-atc |

## ORDER DIRECTING CLERK TO SERVE 28 U.S.C. § 2241 PETITION AND DIRECTING RESPONDENT TO RESPOND TO PETITION

On November 7, 2025, Petitioner Derrick Deon Doyle, an inmate at the Federal Correctional Institution in Memphis, Tennessee, Bureau of Prisons register number 64239-510, filed a *pro se* petition under 28 U.S.C. § 2241 (the "§ 2241 Petition"). (ECF No. 1.) Doyle paid the habeas filing fee on November 14, 2025. (ECF No. 5.)

It is **ORDERED** that the Clerk shall serve a copy of the § 2241 Petition and this Order on Respondent Warden Harrison by certified mail and shall provide a copy of the § 2241 Petition and this Order to the United States Attorney for the Western District of Tennessee. Pursuant to Federal Rule of Civil Procedure 4(i), the Clerk shall also send copies of the § 2241 Petition and this Order by certified mail to U.S. Attorney General Pamela Bondi and William K. Marshall III, Director of the Federal Bureau of Prisons.

It is **ORDERED** that Harrison shall file a response to the § 2241 Petition within twenty-eight days. Doyle may, if he chooses, submit a reply to Harrison's Answer or response within twenty-eight days of service. Doyle may request an extension of time to reply if his motion is filed on or before the due date of his reply. The Court will address the merits of the § 2241

2

Petition, or of any motion filed by Harrison, after the expiration of Doyle's time to reply, as extended.

**IT IS SO ORDERED,** this 14th day of November, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE
